IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYNERDO JONES,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   23-cv-3330 |
| | : | |
| **LINDSY KENDALL,** *et al.*, | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 15th day of January, 2026, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE, as untimely.

3. Petitioner's Motion for Stay and Abeyance filed concurrently with his petition is DENIED as moot.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
KAI N. SCOTT,   J.